**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR F 05-0028  AWI |
| )  Plaintiff, ) | ORDER CONTINUING |
| ) | MOTION HEARING |
| v. ) | |
| ) | |
| SEAN PETERSEN DIX, ) | |
| ) | |
|   Defendant. ) | |
| _____ ) | |

Per the parties stipulation, IT IS HEREBY ORDERED that the filing of appellee's brief, currently due on April 27, 2005, shall be continued to May 30, 2005. Appellant's reply brief shall be due by June 6, 2005.

IT IS SO ORDERED.

**Dated:     April 29, 2005**                             **/s/ Anthony W. Ishii**
0m8i78                                                    UNITED STATES DISTRICT JUDGE