```
1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   DAVID L. GAPPA
3  Assistant U.S. Attorneys
   MISDEMEANOR UNIT
4  Federal Building, Room 3654
   1130 "O" Street
5  Fresno, California 93721
   Telephone: (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-CR-00028 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE APPELLEE'S BRIEF |
| v. ) | |
| ) | |
| SEAN PETERSEN DIX, ) | |
| ) | |
| Defendant. ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff and CARRIE S. LEONETTI, attorney for Defendant, that the filing of appellee's brief,

//
//
//
//
//
//

1

currently due May 30, 2005 be continued to **June 6, 2005**. The appellant's reply brief shall be due by **June 13, 2005.**

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: 5/11/2005          By   /s/ Stanley A. Boone
                               STANLEY A. BOONE
                               Assistant U. S. Attorney

Dated: 5/11/2005               /s/ Carrie S. Leonetti
                               CARRIE S. LEONETTI
                               Attorney for Defendant

ORDER

Per the parties stipulation, IT IS HEREBY ORDERED that the filing of appellee's brief due May 30, 2005 shall be continued to June 6, 2005 and the appellant's reply brief shall be due by June 13, 2005.

IT IS SO ORDERED.

**Dated:   May 12, 2005**                 /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

2