```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  STANLEY A. BOONE
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    Federal Building, Room 3654
 4  1130 "O" Street
    Fresno, California 93721
 5  Telephone: (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEAN P. DIX, ) <br> ) <br> Defendant. ) <br> _____ ) | 01: 05-CR-00028 AWI <br> 06: 04-MJ-00140 WMW <br><br> STIPULATION TO CONTINUE APPELLEE'S BRIEF AND ORDER |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney for Plaintiff-Appellee and ALAN RUBIN, attorney for Defendant-Appellant, that the filing of appellee's brief, currently due on June 6, 2005 be continued to **July 29,**

//
//
//
//
//

1

**2005.**  The appellant's reply brief shall be due **August 12, 2005.**

                                Respectfully submitted,

                                McGREGOR W. SCOTT
                                United States Attorney

Dated: 6/6/05                By    /s/ Stanley A. Boone
                                      STANLEY A. BOONE
                                      Assistant U. S. Attorney

Dated: 6/2/05                          /s/ Carrie Leonetti
                                      CARRIE LEONETTI
                                      Attorney for Defendant

IT IS SO ORDERED.

**Dated:   June 9, 2005**                         **/s/ Anthony W. Ishii**
0m8i78                                          UNITED STATES DISTRICT JUDGE